DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DR. ALICIA DANIELS,**
Appellant,

v.

**MIA MANENTE,**
Appellee.

No. 4D2026-0447

[June 18, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Michael Anthony Barnett, Judge; L.T. Case No. 502025CC004862XXXAMB.

Alicia Daniels, Medford, New Jersey, pro se.

Allison J. Davis of Jacknin & Jagolinzer, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***